TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00235-CR

AND

NO. 03-97-00236-CR

The State of Texas, Appellant

v.

George Arnold, Appellee

FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY

NOS. 473,824 & 473,825, HONORABLE DAVID CRAIN, JUDGE PRESIDING

PER CURIAM

 Appellant, The State of Texas, appeals from orders granting appellee's motions to suppress
evidence. The State has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Both Causes on State's Motion

Filed: June 26, 1997

Do Not Publish